# UNITED STATES DISTRICT COURT
### for the
## EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Justin Dale Furr**                    **Docket No. 7:22-CR-117-1M**

### Petition for Action on Supervised Release

COMES NOW Henry Ponton, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Justin Dale Furr, who, upon an earlier plea of guilty to Distribution of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(2)(A), was sentenced by the Honorable Leslie E. Kobayashi, United States District Judge in the District of Hawaii, on August 1, 2019, to the custody of the Bureau of Prisons for a term of 60 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 120 months.

Justin Dale Furr was released from custody on July 25, 2022, at which time the term of supervised release commenced. On October 5, 2022, jurisdiction of the defendant's case was transferred to the Eastern District of North Carolina and assigned to the Honorable Richard E. Myers II, Chief United States District Judge. On October 14, 2022, a violation report was submitted to Your Honor advising of the defendant's use of illegal substances, specifically marijuana. Your Honor agreed to take no action to allow the defendant an opportunity to comply with substance abuse testing and treatment.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On July 11, 2023, the defendant provided a urinalysis sample at the U.S. Probation Office. The sample tested positive for marijuana. He verbally admitted to recent use and signed a voluntary admission form. The defendant was previously involved in individual outpatient treatment with the United States Department of Veterans Affairs. Currently, the defendant's treatment is being transferred to Coastal Horizons in Wilmington, North Carolina. As they are one of our contract treatment vendors, this will improve communication and overall continuity of care. His frequency of urinalysis testing has been increased. Any further noncompliance shall be immediately reported to Your Honor with additional sanctions recommended.

On July 11, 2023, the defendant passed his maintenance polygraph examination at the U.S. Probation Office. He remains in outpatient sex offender treatment and is in full compliance. Based on his overall adjustment, it is recommended that the defendant be allowed to access the internet on approved devices equipped with computer monitoring software. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. At the direction of the U.S. Probation Officer, the defendant shall consent to the installation of systems or software that will allow the probation officer or designee to monitor computer use on any computer that the defendant owns or is authorized to use. The defendant shall pay the costs of this monitoring.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ David W. Leake
David W. Leake
Supervising U.S. Probation Officer

/s/ Henry Ponton
Henry Ponton
U.S. Probation Officer
414 Chestnut Street, Suite 102
Wilmington, NC 28401-4290
Phone: 910-679-2048
Executed On: July 18, 2023

## ORDER OF THE COURT

Considered and ordered this __24th__ day of _____July_____, 2023, and ordered filed and made a part of the records in the above case.

Richard E. Myers II
Chief United States District Judge